A-77,042
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/7/2015 7:33:47 PM
Accepted 12/8/2015 7:50:00 AM
ABEL ACOSTA
CLERK

TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FIDENCIO VALDEZ )
)
V. ) A-77,042
)
THE STATE OF TEXAS )

RECEIVED IN
COURT OF CRIMINAL APPEALS

December 8, 2015

ABEL ACOSTA, CLERK

ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes James D. Lucas and hereby files this entry of appearance as Co-counsel

for Fidencio Valdez. The undersigned was court appointed as co-counsel.

Respectfully submitted,

    /s/   James D. Lucas    
JAMES D. LUCAS
2316 Montana Avenue
El Paso, TX 79903
(915) 532-8811
(915) 532-8807
State Bar No. 12658300

CERTIFICATE OF SERVICE

This is to certify that on December 7, 2015 a true and correct copy of the above and

foregoing document was served by mail, District Attorney's Office, 500 E. San Antonio, El

Paso, Texas 79901.

    /s/   James D. Lucas    
JAMES D. LUCAS